

No. 15–0029/AR. U.S. v. Levi A. Keefauver. CCA 20121026. On consideration of the motions filed by John Pray, Esq., and Steven Wright, Esq., University of Wisconsin Law School, to appear pro hac vice, to allow appearances of law students, to appear as Amici Curiae, and to submit oral argument, said motions are granted. Amici Curiae will be allotted 10 minutes for each side to present oral argument, with not more than one student from each side arguing.

No. 15–0225/AR. U.S. v. Neftaly Platero. CCA 20120620. Appellant's fourth motion to extend time to file the supplement to the petition for grant of review is granted to April 24, 2015.

No. 15–0437/AR. U.S. v. Tyrone D. Pulse. CCA 20121021. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to April 14, 2015.

